1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   ROCCO T. LOMBARDI,                          )   CASE NO. CV 13-03328 JAK (AJWx)
                                                 )
11                  Plaintiff,                   )   **JUDGMENT**  **JS-6**
                                                 )
12           vs.                                 )
                                                 )   The Honorable Hon. John A. Kronstadt
13   JULIÁN CASTRO, SECRETARY,                   )
     UNITED STATES DEPARTMENT OF                 )
14   HOUSING AND URBAN                           )
15   DEVELOPMENT,                                )
                                                 )
16                                               )
                                                 )
17                  Defendant.                   )
                                                 )
18   _____        )

19       Having considered the Motion for Summary Judgment, Or In the
20   Alternative, Summary Adjudication ("Motion") (Dkt. 36) of Julián Castro, sued in
21   his official capacity as Secretary, United States Department of Housing and Urban
22   Development ("Defendant"), the pleadings, and evidence and oral argument
23   presented in support of, and in opposition to, the Motion, and in accordance with
24   the Minute Order re Defendant's Motion (Dkt. 71),
25       IT IS HEREBY ADJUDGED AND DECREED that Defendant's Motion is
26   granted in its entirety and judgment is hereby entered in favor of Defendant.
27   Defendant, as the prevailing party, shall be awarded his costs pursuant to Fed. R.
28

1

1  Civ. P. 56(d)(1) and Local Rule 54-1.  Defendant shall submit his bill of costs in

2  accordance with Local Rule 54-2.

3       IT IS SO ORDERED.

4

5  Dated:  January 23, 2015

6

7   

8  HONORABLE JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE

9